EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>    Roberto Moreno Carreras | 2003 TSPR 95<br><br>159 DPR ＿＿＿ |

Número del Caso: TS-5099


Fecha: 30/mayo/2003


Oficina de Inspección de Notarías:
                    Lcdo. Edgardo Ortiz Bauzá
                    Director Interino


Oficina del Procurador General de Puerto Rico:
                    Lcda. Cynthia Iglesias Quiñones
                    Procuradora General Auxiliar

Colegio de Abogados de Puerto Rico:
                    Lcdo. José M. Montalvo Trías
                    Director Ejecutivo


Abogado de la Parte Peticionaria:
                    Por Derecho Propio



Materia: Solicitud de Readmisión



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Roberto Moreno Carreras                    TS-5099

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de mayo de 2003.

Visto el *Informe* presentado por la Oficina de Inspección de Notarías ("ODIN") el 6 de abril de 2003, la *Moción en Cumplimiento de Orden,* presentada por el Procurador General el 25 de abril de 2003, y la *Moción en Contestación a Resolución,* presentada por el Colegio de Abogados el 1 de mayo de 2003, se readmite al peticionario de epígrafe a la práctica de la abogacía, previo el pago de su deuda de cien dólares ($100.00) al Colegio de Abogados, y el cumplimiento con el trámite legal correspondiente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López, la Juez Asociada señora Naveira de Rodón y el Juez Asociado señor Fuster Berlingeri no intervinieron.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo